**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JIMENEZ,<br><br>    Plaintiff,<br>vs.<br><br>REBECCA LEE HEYN d/b/a SPORTSMAN LIQUOR STORE; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **Case No.: 2:18-cv-00644-AB-SS**<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT REBECCA LEE D/B/A SPORTSMAN LIQUOR STORE WITH PREJUDICE PURSUANT TO JOINT STIPULATION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that Defendant REBECCA LEE HEYN D/B/A SPORTSMAN LIQUOR STORE be dismissed with prejudice in the above-entitled action, each side to waive costs and fees.

**IT IS SO ORDERED.**

DATED: February 12, 2019

_____
Honorable André Birotte Jr.
United States District Court Judge